ISABEL B. CORNWELL et al., as Executrices of JOHN CORNWELL, Deceased, Respondents, *v.* BELLE ROSENTHAL, as Administratrix of GATES L. ROSENTHAL, Deceased, Appellant, et al., Impleaded. etc.

*Cornwell* v. *Cornwell*, 33 App. Div. 627, affirmed.
(Argued January 17, 1900; decided February 6, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 4, 1898, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Walter Welch* for appellant.

*Edwin P. Lyman* for respondents.

Judgment and order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.